UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GREAT LAKES TRANSPORTATION HOLDING
LLC, d/b/a METRO CARS

        Plaintiff(s),

Case No. 24-CV-10462

v.

Hon.: Laurie J. Michelson

AAA METRO CAR TRANSPORTATION LLC,
MARRISSA REYNOLDS, and AHMED AL-JUMAIL

Hon.: Anthony P. Patti

        Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Great Lakes Transportation Holding LLC

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐      No ☒

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐      No ☒

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: February 29, 2024

Paul T. Stewart

P79977
Dykema Gossett PLLC
2723 South State Street, Suite 400
Ann Arbor, MI 48104
pstewart@dykema.com
734-214-7629